**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10282 |
| Plaintiff - Appellee, | D.C. No. 4:04-cr-01418-DCB |
| v. | |
| RENE MARTINEZ-ENCINAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Wm. Fremming Nielsen, District Judge, Presiding[**]

Submitted January 15, 2013[***]

Before:    SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Rene Martinez-Encinas appeals from the judgment revoking supervised

release and the 46-month sentence imposed upon revocation.  Pursuant to *Anders v.*

---

   [*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]   The Honorable Wm. Fremming Nielsen, Senior United States District
Judge for the Eastern District of Washington, sitting by designation.

   [***]   The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Martinez-Encinas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Martinez-Encinas has filed a pro se supplemental brief. The government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

The government's motion to dismiss this appeal is **DENIED.**

**AFFIRMED.**